McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            )<br>        Plaintiff,    )<br>            )<br>    v.         )<br>            )<br>STACEY RENA CANDLER,    )<br>            )<br>        Defendant.     )<br>_____) | 1:95-CR-5193 AWI<br><br>ORDER |

Having read and considered the government's motion to continue the defendant's hearing on her motion to reduce her sentence pursuant to 18 U.S.C. Section 3582(c)(2),

IT IS HEREBY ORDERED that the hearing noticed for February 25, 2008, at 9:00 a.m. is vacated and set for March 3, 2008, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   February 15, 2008**           /s/ Anthony W. Ishii
                              UNITED STATES DISTRICT JUDGE

1