# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| STACEY RENA CANDLER ) | Case No: 1:95-CR-5193-002 AWI |
| ) | USM No: 56919-097 |
| Date of Previous Judgment: Nov. 4, 1996 ) | David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   188 months   months **is reduced to**   time served  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

x  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Stipulated to by the government.

Except as provided above, all provisions of the judgment dated   Nov. 4, 1996   shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: February 22, 2008 | /s/ ANTHONY W. ISHII |
| | Judge's signature |
| Effective Date: March 3, 2008 | Anthony W. Ishii, U. S. District Judge |
| (if different from order date) | Printed name and title |