PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br>          vs.          ) <br> ) <br> **STACEY RENA CANDLER** ) <br> ) | **Docket Number:** 1:95CR05193-002 AWI |

On November 4, 1996 , the above-named was placed on supervised release for a period of 5 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision. The Government has been advised of this recommendation and do not object to termination of this case.

                              Respectfully submitted,

                              **/s/ Hubert J. Alvarez**

                              **HUBERT J. ALVAREZ**
                              **Supervising United States Probation Officer**

Dated:         March 30, 2011
               Fresno, California
               HJA/sm

Re:   **STACEY RENA CANDLER**
      **Docket Number:   CR-F-95-05193-002 AWI**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

IT IS SO ORDERED.

Dated:   April 5, 2011                               _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE